394 A.2d 613

Commonwealth v. Nash, Appellant.

Argued June 13, 1978. Stanford Shmukler, for appellant; S. Finkelstein, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, P. J., did not participate in the consideration or decision of this case.

394 A.2d 613

Commonwealth, Appellant, v. Pelzer.

Argued June 15, 1978. Jane Cutler Greenspan, Assistant District Attorney, with her Edward G. Rendell, District Attorney, for Commonwealth, appellant; Mitchell S. Lipschutz, for appellees.

Order affirmed.